UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-80028-Cr-Cannon/Reinhart

21 U.S.C. § 841(a)(1)
21 U.S.C. § 844(a)

UNITED STATES OF AMERICA,

vs.

ALLEN JAMES SWEETENBERG,

Defendant.
_____/

FILED BY ___TM___ D.C.
Mar 10, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

### INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT 1

On or about July 14, 2021, in Palm Beach County, in the Southern District of Florida, the defendant,

**ALLEN JAMES SWEETENBERG,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this offense involved: (a) a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack cocaine;" and (b) a mixture and substance containing a detectable amount of cocaine hydrochloride.

1

## COUNT 2

On or about July 14, 2021, in Palm Beach County, in the Southern District of Florida, the defendant,

**ALLEN JAMES SWEETENBERG,**

did knowingly and intentionally possess a controlled substance, in violation of Title 21, United States Code, Section 844.

Pursuant to Title 21, United States Code, Section 844, it is further alleged that this offense involved a mixture and substance containing a detectable amount of marijuana.

A TRUE BILL:

_____
FOREPERSON

*[signature]*
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

*[signature]*
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ALLEN JAMES SWEETENBERG

Defendant._____/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division:** (Select One)
- [ ] Miami  [ ] Key West  [ ] FTL
- [✓] WPB  [ ] FTP

New defendant(s)  [ ] Yes  [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act,
   Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days     [✓]
   II   6 to 10 days    [ ]
   III  11 to 20 days   [ ]
   IV   21 to 60 days   [ ]
   V    61 days and over [ ]

   (Check only one)
   Petty        [ ]
   Minor        [ ]
   Misdemeanor  [ ]
   Felony       [✓]

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No**
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: **17-CR-80082-KAM**
   Defendant(s) in federal custody as of **2/2/22**
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
John McMillan
Assistant United States Attorney
Court ID No.    8055228

*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name: _____ALLEN JAMES SWEETENBERG_____

Case No.: _____

**Count # 1**

Possession with Intent to Distribute a Controlled Substance
Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)

**Max. Penalty:** 0-20 years' imprisonment; maximum fine of $1,000,000; minimum 3 year to life term of supervised release; and, a $100.00 special assessment

**Count # 2**
Possession of Marijuana
Title 21, United States Code, Sections 844(a)

**Max. Penalty:** 0-1 year imprisonment; minimum of $1,000 to maximum fine of $100,000[1]; 1 year of supervised release[2]; a $25.00 special assessment[3]; and cost of prosecution absent a court finding of the defendant's inability to pay.

---

1 See 21 U.S.C. § 844(a); 18 U.S.C. § 3571(b)(5)
2 See 18 U.S.C. § 3583(b)(3)
3 See 18 U.S.C. § 3013(a)(1)(A)(iii)