UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-80028-Cr-CANNON/REINHART(s)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 844(a)

UNITED STATES OF AMERICA,

vs.

ALLEN JAMES SWEETENBERG,

Defendant.
_____/

FILED BY SP D.C.
MAY 26 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT 1

On or about July 14, 2021, in Palm Beach County, in the Southern District of Florida, the defendant,

**ALLEN JAMES SWEETENBERG,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this offense involved a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack cocaine."

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this offense involved a mixture and substance containing a detectable amount of cocaine.

### COUNT 2

On or about July 14, 2021, in Palm Beach County, in the Southern District of Florida, the defendant,

**ALLEN JAMES SWEETENBERG,**

did knowingly and intentionally possess a controlled substance, in violation of Title 21, United States Code, Section 844.

Pursuant to Title 21, United States Code, Section 844, it is further alleged that this offense involved a mixture and substance containing a detectable amount of marijuana.

### COUNT 3

On or about January 20, 2022, in Martin County, in the Southern District of Florida, the defendant,

**ALLEN JAMES SWEETENBERG,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this offense involved a mixture and substance containing a detectable amount of

1-(1,3-Benzodioxol-5-yl)-2-(dimethylamino)pentan-1-one (N,N-Dimethylpentylone), a Schedule I controlled substance.

## COUNT 4

On or about February 1, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**ALLEN JAMES SWEETENBERG,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this offense involved a mixture and substance containing a detectable amount of 1-(1,3-Benzodioxol-5-yl)-2-(dimethylamino)pentan-1-one (N,N-Dimethylpentylone), a Schedule I controlled substance.

A TRUE BILL:

_____
FOREPERSON

*[signature]*
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

*[signature]*
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ALLEN JAMES SWEETENBERG
_____/

CASE NO.:22-Cr-80028-CANNON/REINHART(s)

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s) (Yes or No) No
Number of New Defendants
Total number of New Counts 2

**Court Division** (select one)
☐ Miami   ☐ Key West   ☐ FTP
☐ FTL     ☑ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take 4 days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)
   I   ☑ 0 to 5 days                   ☐ Petty
   II  ☐ 6 to 10 days                  ☐ Minor
   III ☐ 11 to 20 days                 ☐ Misdemeanor
   IV  ☐ 21 to 60 days                 ☑ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) Yes
   If yes, Judge Cannon                Case No. 22-Cr-80028-CANNON/REINHART
7. Has a complaint been filed in this matter? (Yes or No)
   If yes, Magistrate Case No.
8. Does this case relate to a previously filed matter in this District Court? (Yes or No)
   If yes, Judge                       Case No.
9. Defendant(s) in federal custody as of 2/2/2022
10. Defendant(s) in state custody as of
11. Rule 20 from the Southern District of Florida
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
John McMillan
Assistant United States Attorney
Court ID No.   8055228

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name:     ALLEN JAMES SWEETENBERG

Case No.:     22-80028-Cr-CANNON/REINHART(s)

**Counts # 1, 3 and 4**

Possession with Intent to Distribute a Controlled Substance
Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)

**Max. Penalty**: 0-20 years' imprisonment; maximum fine of $1,000,000; minimum 3 year to life term of supervised release; and, a $100.00 special assessment

**Count # 2**
Possession of Marijuana
Title 21, United States Code, Sections 844(a)

**Max. Penalty**: 0-1 year imprisonment; minimum of $1,000 to maximum fine of $100,000[1]; 1 year of supervised release[2]; a $25.00 special assessment[3]; and cost of prosecution absent a court finding of the defendant's inability to pay.

---

1 See 21 U.S.C. § 844(a); 18 U.S.C. § 3571(b)(5)
2 See 18 U.S.C. § 3583(b)(3)
3 See 18 U.S.C. § 3013(a)(1)(A)(iii)