UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-80028-Cr-CANNON/REINHART

UNITED STATES OF AMERICA,

                      Plaintiff,

vs.

ALLEN JAMES SWEETENBERG,

                      Defendant.
_____/

**GOVERNMENT'S NOTICE OF FILING OF**
**<u>PROPOSED PLEA AGREEMENT FOR COURT'S CONSIDERATION</u>**

      COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby submits for the Court's consideration the instant Plea Agreement and Stipulated Statement of Facts in support of the Change of Plea, for the Court's consideration, attached hereto as Exhibit 1, which has been signed by the defendant, defense counsel, and government counsel.

      This filing is made in accordance with the provisions of Title 18, United States Code, Section 3161(h)(1)(G), of the Speedy Trial Act, which provides for the exclusion of any period of "delay resulting from consideration by the court of a proposed plea agreement to be entered into

1

by the defendant and the attorney for the Government," from the requirements of the Speedy Trial Act.

        Respectfully submitted,

        JUAN ANTONIO GONZALEZ
        UNITED STATES ATTORNEY

BY:    s/ *John C. McMillan*
        JOHN C. McMILLAN
        ASSISTANT UNITED STATES ATTORNEY
        Admin. No. A5500228
        500 S. Australian Ave., Suite 400
        West Palm Beach, FL 33401
        Office:  (561) 820-8711
        FAX:   (561) 820-8777
        Email: john.mcmillan@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 20, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. According to the Court's website, counsel for all parties are able to receive notice via the CM/ECF system.

By:    s/ *John C. McMillan*
     JOHN C. McMILLAN
     ASSISTANT UNITED STATES ATTORNEY